NEWMEYER & DILLION LLP

1    NEWMEYER & DILLION LLP
     J. BRIAN MORROW, CBN 191392
2    brian.morrow@ndlf.com
     BRANDON A. CLOUSE, CBN 293102
3    brandon.clouse@ndlf.com
     1277 Treat Blvd, Suite 600
4    Walnut Creek, California  94597
     (925) 988-3200; (925) 988-3290 (Fax)
5
     Attorneys for Defendants
6    WALSH/DEMARIA JOINT VENTURE V, WALSH
     CONSTRUCTION COMPANY, THE WALSH GROUP
7    LTD., and DEMARIA BUILDING COMPANY, INC.

8
                          UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN JOSE DIVISION
11

12   THE UNITED STATES OF AMERICA, for          CASE NO.:  5:14-cv-03360-PSG
     the Use and Benefit of J.R. CONKEY &
13   ASSOCIATES, INC., a California
     corporation; and J.R. CONKEY &             **STIPULATION TO RELATE CASES
14   ASSOCIATES, INC., a California             AND [PROPOSED] ORDER**
     corporation,
15
                     Plaintiff,
16
     vs.
17
                                                FILE DATE:  July 24, 2014
     WALSH/DEMARIA JOINT VENTURE V,             TRIAL DATE SET: No Date Set
18   an Illinois joint venture; WALSH
     CONSTRUCTION COMPANY, AN Illinois
19   corporation; THE WALSH GROUP LTD., an
     Illinois corporation; DEMARIA BUILDING
20   COMPANY, INC., a Michigan corporation;
     TRAVELERS CASUALTY AND SURETY
21   COMPANY OF AMERICA, a Connecticut
     corporation; and DOES 1 through 10
22
                     Defendants.
23

24
                         **STIPULATION TO RELATE CASES**
25
            Defendants, Walsh/DeMaria Joint Venture V ("Walsh/DeMaria"), Walsh Construction
26
     Company ("Walsh Construction"), The Walsh Group Ltd. ("Walsh Group"), DeMaria Building
27
     Company, Inc. ("DeMaria Building") (collectively "Walsh"), Travelers Casualty and Surety
28

NEWMEYER & DILLION LLP

1  Company of America ("Travelers") and Liberty Mutual Insurance Company ("Liberty Mutual")

2  (collectively the "Sureties"), Plaintiffs, The United States of America, for the use and benefit of

3  J.R. Conkey & Associates, Inc. and J.R. Conkey & Associates, Inc. ("Conkey") and Plaintiff, The

4  United States of America, for the use and benefit of Fought & Company, Inc. Fought &

5  Company, Inc. ("Fought") (all collectively referred to as the "Conkey and Fought Parties"), by

6  and through their respective counsel of record herein, hereby stipulate and agree as follows:

7  <u>**RELATED ACTIONS**</u>

8  WHEREAS, Plaintiff, J.R. Conkey, commenced an action entitled *J.R. Conkey v. Walsh*

9  *DeMaria Joint Venture V. et al.* (N.D. Cal.) Case No. 5:14-cv-03360-PSG ("Conkey Action") by

10  filing a complaint on or about July 24, 2014, in the United States District Court for the Northern

11  District of California, including a cause of action for recovery on Miller Act Payment Bond,

12  pursuant to 40 U.S.C. §§ 3131-3134, relating to monies allegedly owed for work performed at a

13  Veterans Administration ("VA") hospital in Palo Alto;

14  WHEREAS, Plaintiff, Fought, commenced an action entitled *Fought v. Walsh DeMaria*

15  *Joint Venture V. et al.* (N.D. Cal.) Case No. 5:14-cv-04401-HRL ("Fought Action") by filing a

16  complaint on or about September 30, 2014, in the United States District Court for the Northern

17  District of California, including a Miller Act Payment Bond claim for relief, pursuant to 40

18  U.S.C. §§ 3131 et seq., relating to monies allegedly owed for work performed at a Veterans

19  Administration hospital in Palo Alto;

20  WHEREAS, Defendants, Walsh, filed a counter-claim against Conkey on or about

21  December 8, 2014 in the Conkey Action, *inter alia*, for failing to defend and indemnify Walsh

22  and its Sureties against the Fought Action and for breaching the Subcontract Agreement;

23  WHEREAS, Defendants, Walsh, filed a cross-claim in the Fought Action against Conkey

24  on or about December 9, 2014 asserting the same claims alleged in its counter-claim against

25  Conkey in the Conkey Action;

26  <u>**RELATIONSHIP OF THE ACTIONS**</u>

27  WHEREAS, Defendant Walsh/DeMaria entered into a contract (the "Prime Contract")

28  with the United States of America, Department of Veteran Affairs, for the construction of the VA

1  Palo Alto Health Care System Capital Asset Improvements, Phase I, Contract No. VA101CFM-

2  C-0168 ("the Project"), also known as the VA Hospital, Palo Alto Polytrauma Blind Rehab

3  Center, 3801 Miranda Avenue, Palo Alto, CA;

4  WHEREAS, on or about October 7, 2011, Walsh/DeMaria entered into and executed a

5  Payment Bond with Travelers, Travelers Bond No. 105669430, and its co-surety, Liberty Mutual,

6  Liberty Mutual Bond No. 013124426, with Walsh as principal and Travelers and Liberty Mutual

7  as Surety;

8  WHEREAS, on or about February 3, 2012, Walsh/DeMaria entered into a written

9  Subcontract Agreement with Conkey, Subcontract Number 212010S01 for certain labor and

10  materials to be provided by Conkey on the Project;

11  WHEREAS, on or about October 17, 2012, Conkey entered into a sub-subcontract with

12  Fought for certain labor, materials, and equipment on the Project;

13  **CRITERIA FOR RELATED ACTIONS PER L.R. 3-12(a)**

14  WHEREAS, Civil Local Rule 3-12 provides that actions are related when:

15     (1)   The actions concern substantially the same parties, property, transaction or event; and

16

17     (2)   It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges;

18

19  WHEREAS, the actions concern substantially the same parties because Walsh, Travelers,

20  Liberty Mutual and Conkey are parties to both actions;

21  WHEREAS, the actions concern substantially the same transaction or event because the

22  lawsuits arise from the same work for building demolition, for the same Project in Palo Alto for

23  the VA, concerning the same contracts between Walsh and the VA, Walsh and Conkey, and

24  Conkey and Fought, and claims are being made under the same bonds issued by the same

25  Sureties.  Further, Walsh filed the same claims for relief in its counter-claim and cross-claim

26  against Conkey in the Conkey Action and Fought Action;

27  WHEREAS, there will be an unduly burdensome duplication of labor and expense and

28  conflicting results if the cases are conducted before different judges because Walsh's counter-

NEWMEYER & DILLION LLP

5010967.1  - 3 -  CASE NO. 5:14-cv-03360-PSG
STIPULATION TO RELATE CASES AND
[PROPOSED] ORDER

NEWMEYER & DILLION LLP

1   claim and cross-claim are the same in both cases.  Further, the payment issues are substantially

2   the same in both cases because they concern substantially the same parties, facts and law, as the

3   claims in both actions are pursuant to the Miller Act;

4        WHEREAS, all Parties in the Conkey Action and Fought Action agree that these actions

5   should be related; and

6        WHEREAS, the Conkey Action is the lowest numbered case, such that if the cases are

7   related the Fought Action should be reassigned to Magistrate Judge Paul S. Grewal, who is

8   assigned to the Conkey Action, pursuant to L.R. 3-12 (f)(3).

9        THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE

10  COUNSEL SIGNATORIES BELOW, ON BEHALF OF THEIR RESPECTIVE

11  CLIENTS, AND THE PARTIES RESPECTFULLY REQUEST THAT THE

12  COURT ORDER THE FOLLOWING:

13       (1)   That the Conkey Action and Fought Action, including related counter-claims and

14  cross-claims, should be related pursuant to L.R. 3-12 because the actions concern substantially

15  the same parties, property, transaction or event and it appears likely that there will be an unduly

16  burdensome duplication of labor and expense or conflicting results if the cases are conducted

17  before different Judges; and

18       (2)   That the Clerk reassign the Fought Action to Magistrate Judge Paul S. Grewal

19  pursuant to L.R. 3-12 (f)(3).

20  **IT IS SO STIPULATED.**

21  Dated:  December ____, 2014              **MARKS, FINCH, THORNTON &**
22                                          **BAIRD, LLP**

23                                          _____
                                            David S. Demian
24                                          Jeffrey B. Baird
                                            Christopher R. Sillari
25                                          Attorneys for Plaintiffs
                                            THE UNITED STATES OF AMERICA, for
26                                          the Use and Benefit of J.R. CONKEY &
                                            ASSOCIATES, INC., a California
27                                          corporation; and J.R. CONKEY &
                                            ASSOCIATES, INC., a California
28                                          corporation,

1

Dated:  December ____, 2014                    **HANSON BRIDGETT LLP**

2

3
                                               _____
4                                              Robert W. O'Connor
                                               John W. Klotsche
5                                              Attorneys for Plaintiffs
                                               THE UNITED STATES OF AMERICA, for
                                               the Use and Benefit of FOUGHT &
6                                              COMPANY, INC., an Oregon corporation;
                                               and FOUGHT & COMPANY, INC., an
7                                              Oregon corporation,

8
Dated:  December____, 2014                     **NEWMEYER & DILLION, LLP**
9

10

11                                             _____
                                               J. Brian Morrow
12                                             Attorneys for Defendants
                                               WALSH/DEMARIA JOINT VENTURE V,
                                               WALSH CONSTRUCTION COMPANY,
13                                             THE WALSH GROUP LTD., and
                                               DEMARIA BUILDING COMPANY, INC.

14
Dated:  December ____, 2014                    **CORFIELD FELD LLP**
15

16
                                               _____
17                                             Michael A. Corfield
                                               Natalie M. Kellogg
18                                             Attorneys for Travelers Casualty and Surety
                                               Company of America and Liberty Mutual
19                                             Insurance Company

20

21

22

23

24

25

26

27

28

NEWMEYER & DILLION LLP

1

## [PROPOSED] ORDER

The foregoing Stipulation to Relate Cases, by Defendants, Walsh/DeMaria Joint

Venture V, Walsh Construction Company, The Walsh Group Ltd., DeMaria Building

Company, Inc., Travelers Casualty and Surety Company of America and Liberty Mutual

Insurance Company, Plaintiffs, The United States of America, for the use and benefit of J.R.

Conkey & Associates, Inc. and J.R. Conkey & Associates, Inc. and Plaintiff, The United States

of America, for the use and benefit of Fought & Company, Inc. Fought & Company, Inc., has

been submitted to the Court for consideration.

THE COURT, HAVING REVIEWED AND CONSIDERED THE FOREGOING

STIPULATION, AND GOOD CAUSE APPEARING THEREFOR, HEREBY ORDERS:

(1)     That the cases entitled *J.R. Conkey v. Walsh DeMaria Joint Venture V. et al.* (N.D.

Cal.) Case No. 5:14-cv-03360-PSG and *Fought v. Walsh DeMaria Joint Venture V. et al.* (N.D.

Cal.) Case No. 5:14-cv-04401-HRL, including related counter-claims and cross-claims, are

deemed related pursuant to L.R. 3-12 because the actions concern substantially the same parties,

property, transaction or event and it appears likely that there will be an unduly burdensome

duplication of labor and expense or conflicting results if the cases are conducted before different

Judges; and

(2)     That the Clerk reassign the Fought Action, the highest numbered case, to

Magistrate Judge Paul S. Grewal pursuant to L.R. 3-12 (f)(3).

**IT IS SO ORDERED.**

Dated:   December 24, 2014

_____
Magistrate Judge Paul S. Grewal

CASE NO. 5:14-cv-03360-PSG
STIPULATION TO RELATE CASES AND
[PROPOSED] ORDER

NEWMEYER & DILLION LLP